UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MEEKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SETON MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-07808-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 46 |

　　　　Plaintiff has advised the Court that the parties have reached a settlement of this case and expect to file a dismissal. (Dkt. 46.) Therefore, **IT IS HEREBY ORDERED** that this action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar to be set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be **with** prejudice.

　　　　**IT IS SO ORDERED**.

Dated: September 27, 2019

_____
SALLIE KIM
United States Magistrate Judge